**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-2047**
_____

DAVID LOUIS WHITEHEAD,

　　　　　　Plaintiff – Appellant,

　　　v.

MACY'S INC.; ANN TAYLOR, INC.; UNNAMED CO-CONSPIRATORS IMG
MODELS; IMG WORLD AND EMPLOYEES,

　　　　　　Defendants – Appellees.

_____

**No. 09-1213**
_____

DAVID LOUIS WHITEHEAD,

　　　　　　Plaintiff – Appellant,

　　　v.

PARAMOUNT PICTURES, INC.; DREAMWORK PICTURES, INC.; MTV OF
VIACOM, INC.; VIACOM, INC.; MGM, INC.; SONY, INC.; IMG
MODELS, INC.; IMG WORLD, INC.; VOGUE; VOGUE ITALY; NBC-
UNIVERSAL PICTURES, INC.; LIONSGATE ENTERTAINMENT, INC.;
TIME WARNER; SOUTHEASTERN UNIVERSITY; CORCORAN COLLEGE OF
ARST & DESIGN; STRAYER UNIVERSITY; ELECTRONIC ARTS SPORTS,
INC.; MIDWAY GAMES; MIDWAY HOME ENTERTAINMENT COMPANY;
WARNER BROS, INC.; TURNER BROADCASTING STATION;
INTERNATIONAL ART FAIR, ART BASEL; GRANT HYATT HOTEL
WASHINGTON; ALPHA KAPPA ALPHA SORORITY, INC.; 20TH CENTURY
FOX FILM, INC.; WALT DISNEY/ABC, INC.; MACY'S, INC.,

　　　　　　Defendants – Appellees.

DAVID LOUIS WHITEHEAD,

    Plaintiff – Appellant,

  v.

PARAMOUNT PICTURES, INC.; DREAMWORK PICTURES, INC.; MTV OF VIACOM, INC.; VIACOM, INC.; MGM, INC.; SONY, INC.; IMG MODELS, INC.; IMG WORLD, INC.; VOGUE; VOGUE ITALY; NBC-UNIVERSAL PICTURES, INC.; LIONSGATE ENTERTAINMENT, INC.; TIME WARNER; SOUTHEASTERN UNIVERSITY; CORCORAN COLLEGE OF ARTS & DESIGN; STRAYER UNIVERSITY; ELECTRONIC ARTS SPOERS, INC.; MIDWAY GAMES; MIDWAY HOME ENTERTAINMENT COMPANY; WARNER BROS, INC.; TURNER BROADCASTING STATION; INTERNATIONAL ART FAIR, ART BASEL; GRANT HYATT HOTEL WASHINGTON; ALPHA KAPPA ALPHA SORORITY, INC.; 20TH CENTURY FOX FILM, INC.; WALT DISNEY/ABC, INC.; MACY'S, INC.,

    Defendants – Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:08-cv-00792-JCC-TRJ)

Submitted: August 26, 2009   Decided: September 3, 2009

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Louis Whitehead, Appellant Pro Se. Andrew Steven Cabana, Joseph Erwin Schuler, JACKSON LEWIS, LLP, Reston, Virginia; Justin Florence, O'MELVENY & MYERS, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Louis Whitehead seeks to appeal the district court's orders denying his motion to recuse the district court judge; ruling on six separate motions filed by Whitehead; and denying a stay or reconsideration of the district court's order disposing of Whitehead's six motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Whitehead seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Whitehead's July 2, 2009 motion to consolidate eight pending appeals and dismiss these three consolidated appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

4